```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
UNITED STATES OF AMERICA

            -V-                                          ORDER
                                                         CR11-394   (JBW)
JASON TUITE
-----------------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  JUN 0 3 2011  ★

BROOKLYN OFFICE

This court recuses itself from the captioned case. The clerk of court is to reassign the case to another Judge by random selection.

s/ Jack B. Weinstein

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 6/2/11

